UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT SPURLOCK and ) | |
| RONNIE MARSHALL, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 3:04-1148 |
| ) | JUDGE ECHOLS |
| RICK HALPRIN and ) | |
| NATHAN DIAMOND-FALK, ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the Findings of Fact and Conclusions of Law set forth in the accompanying Memorandum, the Court hereby enters Judgment in favor of Defendants Rick Halprin and Nathan Diamond-Falk and against Plaintiffs Robert Spurlock and Ronnie Marshall on Plaintiffs' legal malpractice claim.

Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE